NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**TQ DELTA, LLC,**
*Appellant*

**v.**

**ARRIS GROUP, INC.,**
*Appellee*

_____

2021-1807

_____

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2016-01160.

_____

## JUDGMENT

_____

PETER J. MCANDREWS, McAndrews, Held & Malloy, Ltd., Chicago, IL, argued for appellant. Also represented by RAJENDRA A. CHIPLUNKAR, DAVID Z. PETTY, THOMAS J. WIMBISCUS.

DAN GRESHAM, Thomas Horstemeyer LLP, Atlanta, GA, argued for appellee. Also represented by CHARLES GRIGGERS.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, REYNA, and WALLACH, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

January 25, 2022
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court